In the Matter of VANITA UU., Respondent, v MAHENDER VV., Appellant. (And Other Related Proceedings.)

Submitted August 24, 2015; decided October 27, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed the Family Court order dismissing the violation petition, dismissed upon the ground that such portion of the order does not finally determine a proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.